UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEENYA HODGES as Personal Representative
of the ESTATE OF XAVIER WEST, Deceased,

      Plaintiff,

-vs-

TRIPLE J ENDEAVORS, LLC, and
ADAM YANCER

      Defendant.

Case No: 1:22-cv-01077
Hon. Robert J. Jonker

_____

JONATHAN R. MARKO (P72450)
MICHAEL L. JONES (P85223)
**MARKO LAW, PLLC**
1300 Broadway Street, Fifth Floor
Detroit, MI  48226
P: (313) 777-7529 / F: (313) 771-5785
michael@markolaw.com
_____

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, by and through her attorneys, MARKO LAW, PLLC, and pursuant to Federal Rule of Civil Procedure 41, Plaintiff voluntarily dismisses this action without prejudice and without costs to any party.

      Respectfully submitted,

      */s/ Michael L. Jones*
      Michael L. Jones (P85223)
      **MARKO LAW, PLLC**
      1300 Broadway Street, Fifth Floor
      Detroit, MI 48226
      (313) 777-7529 / Fax: (313) 777-5785

Date:  December 5, 2022       Email: michael@markolaw.com

1
**NOTICE OF VOLUNTARY DISMISSAL**
*Keenya Hodges, as PR for Xavier West v. Triple J Endeavors, LLC and Adam Yancer*     Michael L. Jones, Esq.
Case No.: 1:22-cv-01077     Jon R. Marko, Esq.